IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
RONALD L. PRONECHEN,              )
                                  )    2:06-cv-1726-GEB-DAD
              Plaintiff,          )
                                  )
     v.                           )    ORDER
                                  )
SECRETARY OF U.S. DEPARTMENT OF   )
HOMELAND SECURITY,                )
                                  )
              Defendant.          )
_____)
```

On October 5, 2006, the parties filed a Joint Status Report ("JSR") in which they state this action "is subject to resolution on cross-motions for summary judgment" and propose a briefing schedule. (JSR at 2, 3.) The parties' proposed briefing schedule will be adopted except the hearing date for the motions will be later than what has been proposed. Therefore, the schedule is as follows:

        December 8, 2006:    Plaintiff's motion for summary judgment;

        January 5, 2007:     Defendant's opposition and cross-motion;

        January 19, 2007:    Plaintiff's opposition and reply;

        January 31, 2007:    Defendant's reply;

1

1       February 20, 2007:  Hearing on cross-motions
2       In the event this action is not resolved on summary
3  judgment, a further status conference is scheduled to commence at
4  9:00 a.m. on April 23, 2007.
5       IT IS SO ORDERED.
6  Dated:  October 17, 2006

                                    /s/ Garland E. Burrell, Jr.
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge