IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD PRONECHEN,<br><br>            Plaintiff,<br><br>   v.<br><br>SECRETARY OF U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>            Defendant. | 2:06-CV-1726-GEB-DAD<br><br>ORDER |

      Defendant requests additional time to respond to Plaintiff's Amended Complaint. The request is granted; Defendant may respond to Plaintiff's Amended Complaint on or before April 18, 2008.

      Defendant also requests a status conference. The request is granted; a status conference is scheduled for April 7, 2008 at 9 a.m. The parties shall file a joint status report on or before March 31, 2008.

      IT IS SO ORDERED.

Dated:  March 18, 2008

                                              _____
                                              GARLAND E. BURRELL, JR.
                                              United States District Judge