```
                    IN THE UNITED STATES DISTRICT COURT

                  FOR THE EASTERN DISTRICT OF CALIFORNIA


RONALD PRONECHEN,                      )
                                       )    2:06-CV-1726-GEB-DAD
                    Plaintiff,         )
                                       )
        v.                             )    RECUSAL ORDER
                                       )
SECRETARY OF U.S. DEPARTMENT OF        )
HOMELAND SECURITY,                     )
                                       )
                    Defendant.         )
                                       )
```

      Today at a status hearing in this action the undersigned realized a recusal order should issue under 28 U.S.C. § 455 (a) and that a visiting judge should preside over the action.  The chambers of Visiting Senior United States District Judge Ronald S. W. Lew has been contacted about receiving reassignment of this action and Judge Lew has agreed to the reassignment.  Therefore, this action is reassigned to Judge Lew.

      All dates set in the above-entitled action are hereby vacated. Henceforth, all documents in this reassigned case hereafter

/ / /

/ / /

/ / /

1  filed with the Clerk of the Court shall bear the case designation
2  2:06-cv-1726-LEW-DAD.
3          IT IS SO ORDERED.
4  Dated: April 7, 2008

```
                              _____
                              GARLAND E. BURRELL, JR.
                              Chief United States District Judge
```