IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD PRONECHEN,                      )
                                       )       2:06-CV-1726-GEB-DAD
                    Plaintiff,         )
                                       )
        v.                             )       AMENDED RECUSAL ORDER
                                       )
SECRETARY OF U.S. DEPARTMENT OF        )
HOMELAND SECURITY,                     )
                                       )
                    Defendant.         )
_____)

        At a status hearing held in this action on April 8, 2008,
the undersigned realized that Plaintiff is a Court Security Officer in
this district, and a recusal order should issue under 28 U.S.C. § 455
(a).  Accordingly, the court recuses itself and all currently
scheduled dates in the action are vacated.

        The chambers of Visiting Senior United States District Judge
Ronald S. W. Lew has been contacted about receiving reassignment of
this action and Judge Lew has agreed to the reassignment.  Therefore,
this action is reassigned to Judge Lew.

/ / /

/ / /

/ / /

1          Henceforth, all documents in this reassigned case hereafter

2    filed with the Clerk of the Court shall bear the case designation

3    2:06-cv-1726-LEW.

4          IT IS SO ORDERED.

5    Dated:  April 9, 2008

6

7    _____
     GARLAND E. BURRELL, JR.

8    Chief United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28