**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| RONALD L. PRONECHEN, | 2:06-cv-1726-LEW |
| Plaintiff, | **ORDER** |
| v. | |
| SECRETARY OF U.S. DEPARTMENT OF HOMELAND SECURITY | |
| Defendant. | |

Currently before this Court is Defendant's Motion to Dismiss Amended Complaint.  Having considered all papers and arguments, **THE COURT NOW FINDS AND RULES AS FOLLOWS:**

//

//

1

As a preliminary matter, this Court **GRANTS** Defendant's request for judicial notice as to all documents.

The Amended Complaint sufficiently alleges a claim for violation of Age Discrimination in Employment Act.

Moreover, Plaintiff's claims are not barred by statute of limitations because the Amended Complaint relates back to the original complaint.

Therefore, the Court **DENIES** Defendant's Motion to Dismiss Amended Complaint.

**IT IS SO ORDERED.**

                                    **/s/**
                          **HONORABLE RONALD S.W. LEW**
                          Senior U.S. District Judge

DATED: June 13, 2008