1  McGREGOR W. SCOTT
   United States Attorney
2  LYNN TRINKA ERNCE
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:   (916) 554-2720

5  Attorneys for Defendant Secretary of
   U.S. Department of Homeland Security
6

7

8              IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 | RONALD L. PRONECHEN,              | Case No. 2:06-cv-1726 LEW
12 |         Plaintiff,                | **ORDER RE: STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO AMEND SCHEDULING ORDER**
13 |         v.                        |
14 | SECRETARY OF U.S. DEPARTMENT OF   |
   | HOMELAND SECURITY,                | Date:     June 23, 2009
15 |                                   | Time:     9:00 a.m.
   |         Defendant.                | Place:    TBA
16 |                                   | Judge:    Hon. Ronald S.W. Lew

17

18
       The parties hereby stipulate and agree that the hearing date on plaintiff's Motion to Amend
19
   Scheduling Order [Docket #65] shall be continued from Tuesday, June 23, 2009 at 9:00 a.m., to
20
   Friday, July 17, 2009 at 10:00 a.m.  Defendant's opposition will be due on or before June 26, 2009.
21

22 **IT IS SO ORDERED.**

23
                                           / S /
24 DATED:  June 2, 2009          By: _____
                                     HONORABLE RONALD S.W. LEW
25                                   SENIOR, U.S. DISTRICT COURT JUDGE

26

27

28