IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD L. PRONECHEN,<br><br>Plaintiff,<br><br>v.<br><br>SECRETARY OF U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendant. | Case No. 2:06-cv-01726 LEW<br><br>**ORDER ON DEFENDANT'S MOTION TO STRIKE NEW ARGUMENTS FROM PLAINTIFF'S REPLY BRIEF OR, ALTERNATIVELY, FOR LEAVE TO FILE A SUR-REPLY** |

Plaintiff filed his Reply [83] in support of his Motion to File Second Amended Complaint on January 14, 2010.  By minute order [86] entered on January 15, 2010, the Court took plaintiff's motion under submission.  On January 15, 2010, defendant Secretary of the Department of Homeland Security ("DHS") filed a Motion to Strike New Arguments from Plaintiff's Reply Brief or, Alternatively, for Leave to File a Sur-Reply [87].  Plaintiff did not file a response to DHS's motion to strike.  Having reviewed the reply brief and the motion to strike, and good cause appearing therefore, the Court **NOW FINDS AND RULES AS FOLLOWS**:

Plaintiff's reply brief raises a new argument that was not included in his Memorandum of Points and Authorities in Support of brief on his Motion to File Second Amended Complaint [80].  In his reply, plaintiff argues for the first time that, upon receipt of a copy of an August 25, 2004 email from plaintiff, the person responsible for processing plaintiff's original EEO claim had an affirmative duty to amend plaintiff's claim to include a new discrimination claim based on his non-selection for the Sacramento

position announced in job announcement 0492414.  "The district court need not consider arguments raised for the first time in a reply brief." *Zamani v. Carnes*, 491 F.3d 990, 997 (9th Cir. 2007) (citing *Koerner v. Grigas*, 328 F.3d 1039, 1048 (9th Cir. 2003)).  The Court in its discretion has determined that it will not consider this new argument in support of plaintiff's motion to amend.  Therefore,

**IT IS HEREBY ORDERED THAT** the motion to strike is **GRANTED** and the following portions of plaintiff's reply brief and supporting documents are hereby stricken from the record:

1. The new argument found at page 3, line 15 through page 4, line 28 of the reply brief [83];

2. The entire supporting exhibit entitled EEOC MD 110 "Chapter 5 - Agency Processing of Formal Complaints" [83-2]; and

3. Paragraph 3.b of the Declaration of Ronald Pronechen in Support of Motion to Amend [84].

DATED:  January  26, 2010

/ S /
_____
HONORABLE RONALD S.W. LEW
Senior U.S. District Court Judge