IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD L. PRONECHEN,<br><br>    Plaintiff,<br><br>    v.<br><br>SECRETARY OF U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>    Defendant. | Case No. 2:06-cv-01726 LEW<br><br>**ORDER ON *EX PARTE* APPLICATION FOR ORDER: (1) MODIFYING SCHEDULING ORDER; AND (2) SETTING NEW SCHEDULING CONFERENCE** |

Defendant Secretary of the U.S. Department of Homeland Security ("DHS") has filed an *ex parte* requesting that the Court: (1) modify its current scheduling order by vacating the current pretrial conference deadlines and trial date; and (2) set a new scheduling conference for the purpose of setting new pretrial conference and trial dates in light of defendant's two pending summary judgment motions. Having reviewed the *ex parte* application, and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT** the *ex parte* application is **GRANTED** and the following dates are hereby **VACATED**:

| | |
|---|---|
| Joint Pretrial Statement Due | March 16, 2010 |
| Motions In Limine Due | March 23, 2010 |
| Final Pretrial Conference | March 23, 2010 at 10:00 a.m. |
| Oppositions to Motions in Limine | March 30, 2010 |
| Reply to Motions in Limine | April 6, 2010 |
| Trial Briefs Due | May 4, 2010 |
| Exhibits Due | May 18, 2010 |
| Bench Trial | May 18, 2010 at 10:00 a.m.. |

**IT IS HEREBY ORDERED THAT** the parties shall be notified by the Court as to when a new scheduling conference will be held.

DATED: 3-09-10

RONALD S.W. LEW
_____
HONORABLE RONALD S.W. LEW
Senior U.S. District Court Judge