UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ronald L. Pronechen,<br><br>    Plaintiff,<br><br> v.<br><br>Secretary of U.S. Department of Homeland Security,<br><br>    Defendant. | CV 06-01726 LEW<br><br>**ORDER Re: Joint Pretrial Conference Statement** |

  The Court is in receipt of the parties Joint Pretrial Conference Statement submitted to the Court on November 16, 2010 pursuant to Local Rule 281 and this Court's Order issued on June 18, 2010 [124].

  In the Joint Pretrial Conference Statement, the parties have asked the Court for its position regarding the following two issues: 1) whether the Court will bifurcate the timeliness issue from the merits claim and hear the equitable tolling affirmative defense first at trial, and 2) whether Plaintiff is required to

1

offer financial calculations of his back pay and benefits associated with various employment positions at trial.

With regard to the issue of bifurcating the timeliness issue from the merits claim, the Court finds that there should be one trial addressing the merits first and then any applicable affirmative defense. The Court rejects any request for bifurcation of the timeliness issue from the merits claim.

With regard to the second issue of damages, the Court finds that Plaintiff is required to offer all financial calculations of his back pay and benefits at trial. The Court will not put Plaintiff's request for damages in abeyance pending the outcome of this case at trial. All financial calculations regarding Plaintiff's alleged back pay and benefits must be presented at trial. The Court will not entertain evidence of calculations after the trial as Plaintiff suggests in the Joint Pretrial Conference Statement.

Moreover, the Final Pretrial Conference originally set for November 30, 2010 is hereby rescheduled to a Telephonic Final Pretrial Conference date of December 14, 2010 at 11:00 a.m. Counsel are instructed to electronically lodge with the Court a Proposed Pretrial Order within fourteen (14) days after the Final Pretrial Conference in accordance with Local Rule 283.

Counsel shall also contact the Courtroom Deputy Clerk via email at Kelly_Davis@cacd.uscourts.gov with

1  contact information for the Telephonic Final Pretrial
2  Conference by December 10, 2010.
3
4  DATED: November 23, 2010
5  **IT IS SO ORDERED.**
6
7                              RONALD S.W. LEW
                              _____
8                          **HONORABLE RONALD S.W. LEW**
9                          Senior, U.S. District Court Judge