**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ronald L. Pronechen,<br><br>               Plaintiff,<br><br>   v.<br><br>Secretary of U.S. Department of Homeland Security,<br><br>               Defendant. | CV 06-01726 LEW<br><br>**JUDGMENT** |

    The evidence having been fully considered, the issues having been duly heard, and a decision having been duly rendered,

    **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment upon all claims shall be entered in favor of

///
///
///
///
///

Defendant Secretary of U.S. Department of Homeland Security and against Plaintiff Ronald L. Pronechen.

DATED: January 24, 2011

**IT IS SO ORDERED.**

*Ronald S.W. Lew*

**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge

2